**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. No. 1:05-M-122a** |
| | : | |
| | : | |
| **TYSON FORD** | : | |
| | : | |

**JOINT MOTION TO EXCLUDE CERTAIN TIME**
**UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, and defendant Tyson Ford, by and through his attorney, Charles A. Tamuleviz, Esq., move the Court to exclude the period January 11, 2006 through February 15, 2006 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this joint motion, the government and the defendant state as follows:

On October 25, 2005, the Court issued an order excluding the period from November 4, 2005 through December 7, 2005 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b), so as to permit the parties to engage in plea negotiations. A similar order applicable to the period from December 7, 2005 through

January 11, 2006 was entered by the Court on December 5, 2005. Such plea negotiations have been ongoing and appear to be leading to a prompt resolution of the charges filed by complaint in this matter, but are not yet concluded. The parties therefore request that a short period of additional time, from January 11, 2006 through February 15, 2006, be excluded from the time by which the defendant must be charged by information or indictment, so that the ongoing plea negotiations may be concluded and judicial resources may be conserved.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order is attached.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Charles A. Tamulevicz
Counsel for Tyson Ford

Peter F. Neronha
Assistant U.S. Attorney

Dated: December 31, 2005