**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. No.** CR 06-10T |
| | : | |
| **v.** | : | **In violation Of 21 U.S.C. §§** |
| | : | **841(a)(1) and (b)(1)(B)(iii);** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **TYSON FORD** | : | |

**INFORMATION**

The United States Attorney charges that:

COUNT 1

On or about October 5, 2005, in the District of Rhode Island, the defendant, TYSON FORD, did knowingly and intentionally distribute five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

COUNT 2

On or about October 5, 2005, in the District of Rhode Island, the defendant, TYSON FORD, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Glock model 17 9mm semi-automatic pistol, serial number CB220US; a Glock model 19 9mm semi-automatic pistol, serial

number FLP565; a Glock model 19 9mm semi-automatic pistol, serial number AXH553US; a Browning 9mm semi-automatic pistol, serial number 245RR97631; a Smith & Wesson model 469 9mm semi-automatic pistol, serial number TAB4498; and a Bryco .380 caliber semi-automatic pistol, serial number 332861, in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

GERARD B. SULLIVAN
Chief, Criminal Division

Date: January 25, 2006