# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
U.S. District Court
Providence, Rhode Island

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PETER F. NERONHA

**DEFENDANT – U.S. VS.**

TYSON FORD

Address [redacted]

Birth Date [redacted]

☒ Male ☐ Female ☐ Alien (if applicable)

Social Security Number [redacted]

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco & Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:05-M-122A

Place of offense: Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

## DEFENDANT

### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

} ☒ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

-- Distribution of five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance -- Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii)

-- Penalties: 5 years to life imprisonment, with a mandatory minimum term of imprisonment of 5 years;
$ 2,000,000 fine;
Supervised release of life, with a minimum term of 4 years;
$ 100 special assessment.

-- Felon in possession of a firearm -- Title 18, United States Code, Section 922(g)(1)

-- Penalties: 10 years to life imprisonment;
$ 250,000 fine;
3 years supervised release;
$ 100 special assessment.

Anticipated Trial Days: 3 days