AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Tyson Ford

APPEARANCE

CASE NUMBER: CR 06-10T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Tyson Ford

I certify that I am admitted to practice in this court.

01-31-06
*Date*

[signature]
*Signature*

Charles A. Tamuleviz 6115
*Print Name* *Bar Number*

144 Westminster Street
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

401.490.2939 401.490.2940
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.