AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
TYSON FORD

## WAIVER OF INDICTMENT

CASE NUMBER: CR06-10T

I, Tyson Ford, the above named defendant, who is accused of

-- distribution of five or more grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); and
-- being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/31/06 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant* TYSON FORD

*Counsel for Defendant* CHARLES A. TAMULEVIZ, ESQ.

Before ______ *Judicial Officer*
USMJ