**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-10T

TYSON FORD

**ORDER DENYING DEFENDANT'S (1) APPLICATION FOR ISSUANCE OF SUBPOENA AND (2) MOTION FOR BRADY MATERIAL OR INFORMATION**

For the reasons stated in open court:

(1) Defendant Tyson Ford's application for issuance of subpoena is hereby DENIED.

(2) Ford's motion for release of Brady-Giglio materials is hereby:

(a) PASSED as moot with respect to any statements made by Ford;

(b) DENIED with respect to information concerning the street prices of crack cocaine and various firearms on October 5, 2005, without prejudice to Ford's right to present evidence on that issue at sentencing; and

(c) DENIED with respect to information concerning the Government informant that took part in arranging the October 5, 2005 transaction, based upon the Government's representation

that it will not call the informant as a witness at sentencing. Should the Government decide _to_ call the informant as a witness, based upon the substance of Ford's testimony at the hearing, the Government must provide Ford with all _Brady_-_Giglio_ impeachment materials _in advance_ of adducing the informant's testimony (if necessary, the Court shall continue the sentencing hearing to allow the Government to comply).

By Order

____________________
Deputy Clerk

ENTER:

Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: June 2, 2006