UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | CR No.: 06-010T |
| | ) | |
| | ) | |
| TYSON FORD | ) | |

**DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. §§ 1B1.10 & 2D1.1**

The Defendant, TYSON FORD, by and through his undersigned counsel, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 & 2D1.1, hereby moves the Court to reduce the sentence previously imposed in the instant case. In support thereof, the Defendant has filed contemporaneously herewith a supporting memorandum.

Respectfully submitted this 21st day of April, 2008.

TYSON FORD, Defendant
By his Counsel,

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz Bar No.: 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940

CERTIFICATION

On this 21st day of April 2008, I caused the Defendant's Motion For Sentence Reduction to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Peter F. Neronha, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | CR No.: 06-010T |
| | ) | |
| | ) | |
| TYSON FORD | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. §§ 1B1.10 & 2D1.1**

The defendant, TYSON FORD, has filed with the Court a Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 & 2D1.1. In support of the foregoing motion, the defendant submits the instant Memorandum of Law.

I. <u>BACKGROUND</u>

On October 5, 2005, Tyson Ford, was arrested by federal agents in South Kingstown, Rhode Island. On February 24, 2006, pursuant to a written plea agreement, Mr. Ford pleaded guilty to a two (2) count Information, which charged him with one count of distribution of five (5) grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Mr. Ford was sentenced on June 23, 2006. At the sentencing hearing, the Court determined that Mr. Ford's Total Offense Level was 25 and that he had a Criminal History Category of V. The resulting advisory Sentencing Guidelines Range was 100 to 125 months of imprisonment. Pursuant to 18 U.S.C. § 3553, the Court sentenced Mr. Ford to a term of imprisonment of 84 months, five years of supervised

release with certain specified conditions, and a special assessment of $200. Concerning the term of imprisonment, the actual sentence imposed constituted a variance of approximately 16% from the low end of the applicable Sentencing Guidelines Range. According to the Bureau of Prisons, Mr. Ford has not had any incident reports during the time he has been incarcerated.

## II. ANALYSIS

Pursuant to Amendment 706 of the United States Sentencing Guidelines, Mr. Ford is eligible for a retroactive reduction of the advisory sentencing guidelines in his case. The application of Amendment 706 to Mr. Ford's case results in a Total Offense Level of 23, with a corresponding Guidelines Sentencing Range of 84 to 105 months imprisonment. Use of a variance of 16%, which the Court utilized when originally sentencing Mr. Ford, results in a recomputed sentence of approximately 70½ months imprisonment. Accordingly, Mr. Ford moves this Court to reduce his sentence in the instant case to 70½ months imprisonment.

## III. CONCLUSION

In consideration of the foregoing, the defendant, TYSON FORD, respectfully requests that the Court grant his Motion for a Sentence Reduction.

Respectfully submitted this 21st day of April, 2008.

TYSON FORD, Defendant
By his Counsel,

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz Bar No.: 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940

CERTIFICATION

On this 21st day of April 2008, I caused the Memorandum Of Law In Support Of Defendant's Motion For Sentence Reduction to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Peter F. Neronha, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com