**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR-06-10T** |
| | : | |
| | : | |
| **TYSON FORD** | : | |

**GOVERNMENT'S RESPONSE TO "DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. §§ 1B1.10 & 2D1.1"**

The government has no opposition to a reduction in the defendant's sentence consistent with the Memorandum issued by the United States Office of Probation on April 29, 2008. Specifically, the government has no objection to imposition of the following reduced sentence: (1) 71 months imprisonment; (2) five years of supervised release, with the special conditions that the defendant participate in substance abuse treatment and testing, participate in mental health treatment, and perform fifty hours of community service for each of the first two years of supervised release; (3) no fine; and (4) a $200 special assessment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: April 30, 2008

## Certificate of Service

I hereby certify that on the 30th day of April, 2008, I caused a copy of the within Response to be served by way of the Electronic Case Filing system upon Charles A. Tamuleviz, counsel for the defendant.

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov